FILED

MAY - 8 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1478-BEN |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., |
| MARISOL BALLESTEROS-CASILLAS, | ) Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendant. | ) |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant MARISOL BALLESTEROS-CASILLAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Luna-Rebollar, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Jera Stingley*
for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
4/16/08