PS 8B
(05/08)

June 11, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Marisol Ballesteros-Casillas                **Dkt No.:** 08CR1478-BEN-001

**Name of Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge

**Date Conditions Were Ordered:** April 14, 2008, before the Honorable Barbara Lynn Major, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; be able to legally remain in the United States during pendency of the proceeding; and actively seek and maintain full-time employment, schooling, or a combination both.

**Date Released on Bond:** May 9, 2008

**Charged Offense:** Transportation of Illegal Aliens and Aiding and Abetting

**Next Court Hearing:** June 19, 2008, at 10:00 a.m., for a Change of Plea

**AUSA:** Lara Stingley                                **Defense Counsel:** Hanni M. Fakhoury (Appointed)
  (619) 557-5610                                                     (619) 234-8467

**Prior Violation History:** None.

---

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO MENTAL HEALTH COUNSELING AS DIRECTED BY PRETRIAL SERVICES.

Name of Defendant: Marisol Ballesteros-Casillas          June 11, 2008
Docket No.: 08CR1478-BEN-001

Page 2

## CAUSE

On May 13, 2008, the defendant reported to our office for a post release intake interview. During this interview, the defendant stated she has suffered from depression. The defendant is currently pregnant with her third child and she indicated she was depressed throughout both of her prior pregnancies. The undersigned spoke to the defendant's aunt, Julia Olguin (surety), on June 5, 2008, regarding the defendant's conditions of release. During this conversation, Ms. Olguin provided information regarding the defendant's current mental state. She indicated the defendant is "mentally delayed" and is a very depressed individual. When asked if she felt the defendant would benefit from mental health counseling, Ms. Olguin related the defendant would benefit from treatment. Ms. Olguin further noted the defendant has never been evaluated, and in her opinion, she should be evaluated.

Pretrial Services spoke to the defendant and she has no opposition to participating in mental health counseling. Our office has also spoken to both Assistant United States Attorney, Lara Stingley, and Defense Counsel, Hanni M. Fakhoury, and both parties do not oppose the proposed modification.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 6/11/08

Respectfully submitted:

by _____
Evelyn Garcia
United States Pretrial Services Officer
(619) 557-3414
San Diego, California

Reviewed and approved:

_____
Boris Ilic
Supervising U.S. Pretrial Services Officer

Name of Defendant: Marisol Ballesteros-Casillas                                    June 11, 2008
Docket No.: 08CR1478-BEN-001

Page 3

**THE COURT ORDERS:**

___✓___  AGREE. Modify the conditions of release to order the defendant to submit to mental health counseling as directed by Pretrial Services.

_____  OTHER. _____

_____

_____

_____               _____
The Honorable Roger T. Benitez                                    Date
U.S. District Judge

**PACTS Photograph**
Client:  Ballesteros-Casillas, Marisol  (220143)



Image at pre-defined width