HANNI M. FAKHOURY
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3717
hanni_fakhoury@fd.org

Attorneys for Ms. Ballesteros-Casillas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARISOL BALLESTEROS-CASILLAS,** ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 08CR1478-BEN <br><br> ACKNOWLEDGMENT OF NEXT COURT DATE |

I, Marisol Ballesteros-Casillas, hereby acknowledge that my next court date to appear in United States District Court for the Southern District of California before the Honorable Roger T. Benitez, is September 29, 2008, at 9:00 a.m.

I declare that the foregoing is true and correct.

DATED: 09-05-08

_____
MARISOL BALLESTEROS-CASILLAS

08CR1478-BEN