**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Alessandra Serano**
**U S Attorney CR**
Alessandra.Serano@usdoj.gov

DATED: September 8, 2008        /s/ Hanni M. Fakhoury
                                                   HANNI M. FAKHOURY
                                                   e-mail: Hanni_Fakhoury@fd.org